UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
_____Alexandria_____ DIVISION

AMAURY MAYOLL, Individually and for Others Similarly Situated
_____

vs.                                              Civil/Criminal Action No. _1:26-cv-00335_____
VENTURE GLOBAL LNG, INC. and GRAY WOLF INTEGRATED CONSTRUCTION COMPANY
_____

### FINANCIAL INTEREST DISCLOSURE STATEMENT

      Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for
_VENTURE GLOBAL LNG, INC._____
in the above captioned action, certifies that the following are parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public or own more than ten percent of the stock of the following:
_Venure Global, Inc., a publicly traded-company, is the parent company of Venture Global LNG, Inc.___
_____

Or

      Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for
_____
in the above captioned action, certifies that the following are parties in the partnerships, general or limited, or owners or members of non-publicly traded entities such as LLCs or other closely held entities:
_____
_____

Or

      Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for
_____
in the above captioned action, certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

_March 10, 2026_____          /s/ Ryan M. Bates  (Counsel for Venture Global LNG, Inc.)
Date                                              Signature of Attorney or Litigant
                                                    Counsel for _Ryan Bates_    Digitally signed by Ryan Bates
                                                                              Date: 2026.03.10 10:34:58 -04'00'

Rev. 03/12/19