IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| AMAURY MAYOLL, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 1:26-cv-335 |
| VENTURE GLOBAL LNG, INC., and GRAYWOLF INTEGRATED CONSTRUCTION COMPANY, | ) ) ) ) | |
| Defendants. | ) ) | |

## DEFENDANT GRAYWOLF INTEGRATED CONSTRUCTION FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for Defendant GrayWolf Integrated Construction Company ("GrayWolf") (a non-governmental entity), certifies that DBM Global owns 100% of GrayWolf.   Innovate Corporation, which is a publicly traded company (NYSE: VATE) is the parent company of DBM Global.

Respectfully submitted,
GRAYWOLF INTEGRATED
CONSTRUCTION COMPANY

By:   /s/ *Matthew T. Anderson*
Matthew T. Anderson
Virginia State Bar No. 86322
Counsel for Defendant
WILLIAMS MULLEN
200 South 10th Street, Suite 1600
Richmond, Virginia 23219
Telephone: (804) 420-6289
Facsimile: (804) 420-6507
manderson@williamsmullen.com

1

Laura D. Windsor
Virginia State Bar No. 70354
WILLIAMS MULLEN
200 South 10th Street, Suite 1600
Richmond, Virginia 23219
Telephone: (804) 420-6466
Facsimile: (804) 420-6507
lwindsor@williamsmullen.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of March, 2026 I electronically filed the foregoing

Financial Interest Disclosure Statement with the Clerk of Court using the CM/ECF system, which

will send a notification of such filing (NEF) to all counsel of record.

By:   /s/  *Matthew T. Anderson*
        Matthew T. Anderson
        Virginia State Bar No. 86322
        Counsel for Defendant
        WILLIAMS MULLEN
        200 South 10th Street, Suite 1600
        Richmond, Virginia 23219
        Telephone: (804) 420-6289
        Facsimile: (804) 420-6507
        manderson@williamsmullen.com

2