# EXHIBIT A

**CONSENT TO JOIN WAGE CLAIM LAWSUIT**
**AGAINST VENTURE GLOBAL LNG, INC AND GRAYWOLF INTEGRATED CONSTRUCTION COMPANY**

Printed Name: Gavin Joseph Martin

1. I hereby consent to join the collective action lawsuit filed against Venture Global and GrayWolf to pursue my claims of unpaid overtime during the time that I worked for GrayWolf at the Venture Global Plaquemines, Louisiana facility.

2. I understand that this lawsuit is brought under the Fair Labor Standards Act (FLSA), and I consent to be bound by the Court's decision with respect to the FLSA claim(s) at issue.

3. I confirm to the best of my knowledge that I have worked for GrayWolf at the Venture Global Plaquemines, Louisiana facility at some point within the past three (3) years, as an hourly employee.

4. I designate the law firm and attorneys at JOSEPHSON DUNLAP LLP, BRUCKNER BURCH PLLC, and BUTLER CURWOOD, PLC as my attorneys to prosecute my wage claims.

5. I consent to having Plaintiff Amaury Mayoll and Plaintiff's Counsel make all decisions regarding the litigation, the method and manner of conducting this litigation, the terms of any potential settlement of this litigation, releasing of claims, entering into an agreement with Plaintiff's Counsel regarding attorneys' fees and costs, and all other matters pertaining to the lawsuit.

6. If needed, I authorize the Plaintiff's lawyers to use this consent to re-file my claim in a separate lawsuit or arbitration against Venture Global and GrayWolf.

Signature: Gavin Joseph Martin (Sep 24, 2026 10:32:37 CDT) Date Signed: 9|10|26